UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERTO MARTINEZ VILLANUEVA,<br><br>                    Petitioner,<br><br>          v.<br><br>ADELANTO ICE PROCESSING CENTER WARDEN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-00050-VBF-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition (Dkt. 1), the Order to Show Cause Why the Petition Should Not be Dismissed (Dkt. 4), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 7, "Report"). No party filed timely objections to the Report or sought additional time in which to do so. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing this action without prejudice.

Dated:      May 20, 2026

*Valerie Baker Fairbank*

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge