UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERTO MARTINEZ VILLANUEVA,<br><br>Petitioner,<br><br>v.<br><br>ADELANTO ICE PROCESSING CENTER WARDEN, et al.,<br><br>Respondents. | Case No. 5:26-cv-00050-VBF-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the First Amended Petition is denied and this action is dismissed without prejudice.

Date:  May 20, 2026 _____

_Valerie Baker Fairbank_

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge